LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-7769-GAF | Date | May 12, 2008 |
| Title | Star Fabrics, Inc. v. Rosegeranium, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Michele Murray | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      (In Chambers)

## ORDER TO SHOW CAUSE

Defendant Atex, Inc., is **ORDERED TO SHOW CAUSE** why default should not be entered against it for failing to participate in the preparation of a joint scheduling report in violation of this Court's Rule 26(f) conference order and Rule 26(f), Fed. R. Civ. P.

**The response to the OSC must be filed on or before Monday, May 19, 2008. Failure to respond by that date will result in the entry of default against Defendant Atex, Inc.**

IT IS SO ORDERED.

                                                      _____ : _____
                                                      Initials of
                                                      Preparer